≉AO 440 (Rev. 8/01) Summons in a Civil Action     SCHOTT v. USPS and City of Dover, CA No 06-499

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DEC. 19, 2006 |
| NAME OF SERVER *(PRINT)* <br> BEN SCHWARTZ | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: SEE EXHIBIT A HERETO.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/19/06
            Date                    *Signature of Server*

    1140 S. State Street, Dover, DE 19901
    *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EXHIBIT A TO SCHOTT RETURN OF SERVICE

Defendant USPS was served personally pursuant to Federal Rule of Civil Procedure 4(i) as follows:

(1) by Certified Mail, to John E. Potter, Postmaster General, 475 L'Enfant Plaza SW, Washington, DC 20260-0010, which service was received on October 23, 2006;
(2) by Certified Mail, to Lynda Shiflet, Postmaster, Dover Post Office, 55 The Plaza, Dover, DE 19901, which service was received on October 20, 2006;
(3) by Certified Mail, to Civil Process Clerk, Office of the US Attorney, P.O. Box 2046, Wilmington, DE 19899, which service was received on November 4, 2006;
(4) by Certified Mail, to Hon. Alberto R. Gonzales, Attorney General, United States, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001, which service was received on October 30, 2006.

The return receipts are in the possession of Plaintiffs' counsel.