IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES POSTAL<br>SERVICE and CITY OF DOVER,<br><br>          Defendants. | )<br>)<br>)    C.A. No: 06-499-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

Copies of the foregoing Waiver of Service of Summons (by City of Dover) and Return of Service (upon USPS) were served on the following both by US Mail, postage prepaid, First Class Service, and electronically using CMECF:

Patricia C. Hannigan, Esq.
Assistant United States Attorney
U.S. Department of Justice
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

William W. Pepper, Sr., Esq.
Schmittinger & Rodriguez
414 South State Street
P.O. Box 497
Dover, DE 19903-0497

                    SCHWARTZ & SCHWARTZ

By: <u>/s/ Benjamin A. Schwartz</u>
     BENJAMIN A. SCHWARTZ
     Delaware Bar ID No. 4145
     1140 South State Street
     Dover, DE 19901
     (302) 678-8700
     mail@BenSchwartz.com
     *Attorney for Plaintiffs*