IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CARRIE J. SCHOTT and WILMER W. SCHOTT,**<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES POSTAL SERVICE and CITY OF DOVER,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No.: 06-499** |

## DEFENDANT CITY OF DOVER'S MOTION TO DISMISS IN LIEU OF AN ANSWER

Defendant, City of Dover, by and through its counsel, Marshall, Dennehey, Warner, Coleman and Goggin, and pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully moves this Honorable Court to dismiss Plaintiffs', Carrie J. Schott and Wilmer W. Schott, Complaint. Defendant respectfully refers this Honorable Court to the accompanying memorandum of law in support of its motion. A proposed Order consistent with this motion is attached hereto.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

*/s/ John A. Macconi, Jr.*
_____
DANIEL A. GRIFFITH, ESQ. (Del. Bar ID No. 4209)
JOHN A. MACCONI, JR., ESQ. (Del. Bar ID No. 4430)
1220 North Market St., 5th Floor
P.O. Box 130
Wilmington, DE 19899-0130
*Counsel for Defendant City of Dover*

DATED: January 12, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CARRIE J. SCHOTT and WILMER W. SCHOTT,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES POSTAL SERVICE and CITY OF DOVER,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)  **Civil Action No.: 06-499**<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

IT IS HEREBY ORDERED, this _____ day of _____, 20__, upon consideration of Defendant City of Dover's motion to dismiss Plaintiffs' Complaint in lieu of an Answer, and all responses thereto, that Defendant's motion is ***GRANTED*** and Plaintiffs' Complaint is ***DISMISSED*** with prejudice.

_____
J.