IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARRIE J. SCHOTT and | ) | |
| WILMER W. SCHOTT, | ) | |
| | ) | Civil Action No.: 06-499 (GMS) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES POSTAL | ) | |
| SERVICE and CITY OF DOVER, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

Copies of (1) *Plaintiff's First Set of Interrogatories Directed to Defendant City of Dover*, (2) *Plaintiff's First Request for Production Directed to Defendant City of Dover*, (3) *Plaintiff's First Set of Interrogatories Directed to Defendant United States Postal Service*, and (4) *Plaintiff's First Request for Production Directed to Defendant United States Postal Service* were served on the following this 24th day of May, 2007 by United States Mail, First Class Service, Postage Pre-paid. They were also emailed to counsel in Microsoft Word format.

Daniel A. Griffith, Esq.
John A. Macconi, Jr., Esq.
MARSHALL DENNEHEY
P.O. Box 130
Wilmington, DE 19899-0130

Patricia C. Hannigan, Esq.
Assistant United States Attorney
U.S. Department of Justice
P.O. Box 2046
Wilmington, DE 19899-2046

          SCHWARTZ & SCHWARTZ

By: <u> /s/ Benjamin A. Schwartz </u>
  BENJAMIN A. SCHWARTZ
  Delaware Bar ID No. 4145
  1140 South State Street
  Dover, DE 19901
  (302) 678-8700
  mail@BenSchwartz.com
  *Attorney for Plaintiffs*