IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CARRIE J. SCHOTT and
WILMER W. SCHOTT,

        Plaintiffs,

    v.                           Civil Action No. 06-499-GMS

UNITED STATES OF AMERICA
and CITY OF DOVER,

        Defendants.

## STIPULATION AND ORDER FOR EXTENSION

The parties, through the undersigned, hereby stipulate and agree that the period in which the Defendant, United States of America will respond to Plaintiffs' discovery requests is extended fourteen days, through and including July 12, 2007.

Benjamin A. Schwartz, counsel for plaintiffs, has agreed to permit the Office of the United States Attorney to "sign" this stipulation electronically on his behalf.

                                                        COLM F. CONNOLLY
                                                        United States Attorney

/s/Benjamin A. Schwartz                    /s/Patricia C. Hannigan
Benjamin A. Schwartz, Esquire            Patricia C. Hannigan
Schwartz & Schwartz                           Assistant United States Attorney
1140 South State Street                      Delaware Bar I.D. No. 2145
Dover, DE 19901                                The Nemours Building
(302) 678-8700                                    1007 Orange Street, Suite 700
mail@BenSchwartz.com                   P. O. Box 2046
                                                  Wilmington, DE 19899-2046
*Counsel for Plaintiffs*                       (302) 573-6277
                                                  Patricia.Hannigan@usdoj.gov

                                                  *Counsel for United States of America*

Dated: June 22, 2007

IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2007

_____
HONORABLE GREGORY M. SLEET
District Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on **June 22, 2007**, I electronically filed an **STIPULATION AND ORDER FOR EXTENSION** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**Benjamin A. Schwartz, Esquire**
Schwartz & Schwartz
1140 South State Street
Dover, DE 19901
(302) 678-8700
mail@BenSchwartz.com

**Daniel A. Griffith**
Marshall, Dennehey, Warner, Coleman
 & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4317
dgriffith@mdwcg.com

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
   Patricia C. Hannigan
   Assistant United States Attorney
   Delaware Bar I.D. No. 2145
   The Nemours Building
   1007 Orange Street, Suite 700
   P. O. Box 2046
   Wilmington, DE 19899-2046
   (302) 573-6277
   Patricia.Hannigan@usdoj.gov