IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA<br>and CITY OF DOVER,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 06-499-GMS<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

　　I Patricia C. Hannigan, hereby certify that on **July 12, 2007**, copies of **DEFENDANT USA'S ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** was served, via First Class U.S. Mail, postage prepaid, upon counsel at the following addresses:

| | |
|---|---|
| **Benjamin A. Schwartz, Esquire**<br>Schwartz & Schwartz<br>1140 South State Street<br>Dover, DE 19901<br>(302) 678-8700<br>mail@BenSchwartz.com | **Daniel A. Griffith**<br>Marshall, Dennehey, Warner, Coleman<br>　& Goggin<br>1220 N. Market St., Suite 500<br>P.O. Box 8888<br>Wilmington, DE 19899<br>(302) 552-4317<br>dgriffith@mdwcg.com |

　　　　　　　　　　COLM F. CONNOLLY
　　　　　　　　　　United States Attorney

　　　　　　　　By: /s/Patricia C. Hannigan
　　　　　　　　　　Patricia C. Hannigan
　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　Delaware Bar I.D. No. 2145
　　　　　　　　　　The Nemours Building
　　　　　　　　　　1007 Orange Street, Suite 700
　　　　　　　　　　P. O. Box 2046
　　　　　　　　　　Wilmington, DE 19899-2046
　　　　　　　　　　(302) 573-6277
　　　　　　　　　　Patricia.Hannigan@usdoj.gov