IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA<br>and CITY OF DOVER,<br><br>            Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-499-GMS<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF SERVICE

I Patricia C. Hannigan, hereby certify that on **July 12, 2007,** copies of **DEFENDANT USA'S RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION** was served, via First Class U.S. Mail, postage prepaid, upon counsel at the following addresses:

**Benjamin A. Schwartz, Esquire**
Schwartz & Schwartz
1140 South State Street
Dover, DE 19901
(302) 678-8700
mail@BenSchwartz.com

**Daniel A. Griffith**
Marshall, Dennehey, Warner, Coleman
 & Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4317
dgriffith@mdwcg.com

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov