IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CARRIE J. SCHOTT and
WILMER W. SCHOTT,

        Plaintiffs,

v.

UNITED STATES OF AMERICA
and CITY OF DOVER,

        Defendants.

Civil Action No. 06-499-GMS

## NOTICE OF SERVICE

I hereby certify that on **September 10, 2007**, I electronically filed **DEFENDANT UNITED STATES OF AMERICA'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**Benjamin A. Schwartz, Esquire**
Schwartz & Schwartz
1140 South State Street
Dover, DE 19901
(302) 678-8700
mail@BenSchwartz.com

**Daniel A. Griffith**
Marshall, Dennehey, Warner, Coleman
& Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4317
dgriffith@mdwcg.com

COLM F. CONNOLLY
United States Attorney

By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov