IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>and CITY OF DOVER,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:   Civil Action No. 06-499-GMS<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

    I hereby certify that on **September 10, 2007** filed **DEFENDANT UNITED STATES OF AMERICA'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**Benjamin A. Schwartz, Esquire**
Schwartz & Schwartz
1140 South State Street
Dover, DE 19901
(302) 678-8700
mail@BenSchwartz.com

**Daniel A. Griffith**
Marshall, Dennehey, Warner, Coleman
& Goggin
1220 N. Market St., Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4317
dgriffith@mdwcg.com

                COLM F. CONNOLLY
                United States Attorney

            By: /s/Patricia C. Hannigan
                Patricia C. Hannigan
                Assistant United States Attorney
                Delaware Bar I.D. No. 2145
                The Nemours Building
                1007 Orange Street, Suite 700
                P. O. Box 2046
                Wilmington, DE 19899-2046
                (302) 573-6277
                Patricia.Hannigan@usdoj.gov