IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNITED STATES POSTAL<br>SERVICE and CITY OF DOVER,<br><br>         Defendants. | )<br>)<br>)   Civil Action No.: 06-499 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NOTICE OF MOTION

PLEASE TAKE NOTICE that the within Motion to Extend Discovery Deadlines will be presented at the Court's earliest convenience[1].

SCHWARTZ & SCHWARTZ

By: /s/ Benjamin A. Schwartz
     BENJAMIN A. SCHWARTZ
     Delaware Bar ID No. 4145
     1140 South State Street
     Dover, DE 19901
     (302) 678-8700
     mail@BenSchwartz.com
     *Attorney for Plaintiffs*

---

[1] Please contact Kelly Harris, paralegal to Ben Schwartz, (302) 678-8700 (telephone), (302) 678-8702 (facsimile) for scheduling.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARRIE J. SCHOTT and | ) | |
| WILMER W. SCHOTT, | ) | |
| | ) | Civil Action No.: 06-499 (GMS) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES POSTAL | ) | |
| SERVICE and CITY OF DOVER, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO EXTEND DISCOVERY DEADLINES

NOW COME the Plaintiffs, by and through undersigned counsel, and Move this Honorable Court pursuant to Local Rule 16.4 to extend certain deadlines as follows:

1. The Scheduling Order in the above-captioned action has a general discovery deadline of October 31, 2007 and a special discovery deadline of June 25, 2007. The purpose of the special discovery deadline was to permit the parties to discover any facts that would support the claim of the Plaintiffs against Defendant City of Dover, namely whether the City maintained the area of the post office premises where Plaintiff Carrie Schott fell. The portion of the Scheduling Order providing for the special discovery deadline provides as follows:

> Defendant City of Dover's Motion to Dismiss is deferred to permit the parties to participate in discovery to identify whether there are any facts that could reasonably indicate that City of Dover maintained or controlled the area of the premises where Plaintiff Carrie Schott allegedly fell. Such special discovery shall be initiated so that it will be completed on or before June 25, 2007. On or before that date, counsel for Plaintiff shall inform the Court in writing whether City of Dover will be voluntarily dismissed from this suit. On or before that date, counsel for Defendant City of Dover shall inform the Court in writing whether additional submissions shall be necessary for full consideration by the Court of the pending Motion to Dismiss.

2. The requested new dates are a general discovery deadline of **December 31, 2007**. Counsel for City of Dover should be directed to file an Answer to the Plaintiffs' Complaint within ten days. Plaintiffs will not voluntarily dismiss City of Dover for reasons that follow. Motion to Dismiss of City of Dover should be deferred pending further discovery.

3. The reason for this request is as follows:

   a. Undersigned counsel recently received amended discovery of the United States Postal Service, which indicates that City of Dover removed the tree from the postal service property where Plaintiff fell over tree roots. Additional discovery is required (undersigned counsel plans to notice a Rule 30(b)(6) deposition of the City of Dover to find out the particulars of the tree removal). It is believed that this additional discovery may give rise to facts tending to indicate that City of Dover maintained control over the premises where the Plaintiff fell.

   b. The parties did not report to the Court as required by the July 25, 2007 special discovery deadline. That was an oversight on the part of undersigned counsel, and would have in any event been meaningless as written discovery was still ongoing.

   c. In May 2007, undersigned counsel requested in writing that the parties stipulate to the facts and opinions of Plaintiff Carrie Schott's treating physician. Although the USPS has responded affirmatively, the City of Dover has not replied to that request. City of Dover has not responded to undersigned counsel's email request of the same nature of October 17, 2005. Undersigned counsel is now scheduling the deposition of the treating surgeon for use at trial. That deposition cannot reasonably be scheduled within the present discovery schedule.

4. Undersigned counsel hereby certifies that copies of this application were provided to Plaintiffs by United States Mail, postage prepaid, first class service, on October 22, 2007.

WHEREFORE, Plaintiffs respectfully request that this Court extend the General Discovery Deadline to December 31, 2007, further defer City of Dover's Motion to Dismiss, and direct City of Dover to file Answer to Plaintiff's Complaint within ten days.

SCHWARTZ & SCHWARTZ

By: /s/ Benjamin A. Schwartz
BENJAMIN A. SCHWARTZ
Delaware Bar ID No. 4145
1140 South State Street
Dover, DE 19901
(302) 678-8700
mail@BenSchwartz.com
*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and ) <br> WILMER W. SCHOTT, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES POSTAL ) <br> SERVICE and CITY OF DOVER, ) <br> ) <br> Defendants. ) | Civil Action No.: 06-499 (GMS) |

ORDER EXTENDING DISCOVERY DEADLINES

AND NOW, this ____ day of _____, 2007, it is the Order of the Court that:

(1) The discovery deadline in the Court's prior scheduling Order shall be extended to December 31, 2007;

(2) The City of Dover's Motion to Dismiss is deferred pending the completion of discovery. At the close of discovery, counsel for Plaintiffs shall notify the Court if City of Dover will be voluntarily dismissed.

(3) City of Dover shall file an Answer to the Complaint within ten days of the date of this Order.

It is SO ORDERED.

_____
GREGORY M. SLEET,
CHIEF JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT, | )<br>)<br>) | Civil Action No.: 06-499 (GMS) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES POSTAL<br>SERVICE and CITY OF DOVER, | )<br>) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

Copies of the foregoing Notice of Motion, Motion to Extend Discovery Deadlines, proposed form of Order and this Notice of Service were served on the following this 23rd day of October, 2007 by United States Mail, First Class Service, Postage Pre-paid.

Daniel A. Griffith, Esq.
John A. Macconi, Jr., Esq.
MARSHALL DENNEHEY
P.O. Box 130
Wilmington, DE 19899-0130

Patricia C. Hannigan, Esq.
Assistant United States Attorney
U.S. Department of Justice
P.O. Box 2046
Wilmington, DE 19899-2046

SCHWARTZ & SCHWARTZ

By: /s/ Benjamin A. Schwartz
BENJAMIN A. SCHWARTZ
Delaware Bar ID No. 4145
1140 South State Street
Dover, DE 19901
(302) 678-8700
mail@BenSchwartz.com
*Attorney for Plaintiffs*