IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL<br>SERVICE and CITY OF DOVER,<br><br>        Defendants. | )<br>)<br>)   Civil Action No.: 06-499 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF DEPOSITION

TO:    Patricia C. Hannigan, Esq.
          Assistant United States Attorney
          1007 Orange Street
          Suite 700
          Wilmington, DE 19899

          Daniel A. Griffith, Esq.
          Marshall Dennehey Warner Coleman & Goggin
          1220 North Market Street
          Suite 500
          Wilmington, DE 19899

     PLEASE TAKE NOTICE that the undersigned will take the following oral deposition in the offices of Michael L. Mattern, M.D., Mattern & Associates, 724 South New Street, Dover, DE 19904 at the time listed below. This deposition is to be recorded stenographically and is being taken to perpetuate the testimony of the deponent at trial.

     Michael Mattern, M.D., on **Thursday, December 6, 2007 at 5:30 p.m.**

                                            By: /s/ Benjamin A. Schwartz
                                            BENJAMIN A. SCHWARTZ, ESQUIRE
                                            Del. Bar Reg. #:4145
                                            1140 South State Street
                                            P. O. Box 541
                                            Dover, DE   19903
                                            Attorney for Petitioner

Dated: October 26, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL<br>SERVICE and CITY OF DOVER,<br><br>        Defendants. | )<br>)<br>)   Civil Action No.: 06-499 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF MAILING

I, Benjamin A. Schwartz, Esquire, do hereby certify that true and correct copies of the attached Notice of Deposition were served on this 26 day of October, 2007 by first-class mail, postage prepaid upon the following:

Patricia C. Hannigan, Esq.
Assistant United States Attorney
1007 Orange Street
Suite 700
Wilmington, DE 19899

Daniel A. Griffith, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 North Market Street
Suite 500
Wilmington, DE 19899

SCHWARTZ & SCHWARTZ

By: /s/ Benjamin A. Schwartz
BENJAMIN A. SCHWARTZ
Delaware Bar ID No. 4145
1140 South State Street
Dover, DE 19901
(302) 678-8700
mail@BenSchwartz.com
Attorney for Plaintiffs

CC: Delmarva Reporting