IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil Action No.: 06-499 (GMS) |
| v. | )<br>) | |
| UNITED STATES POSTAL<br>SERVICE and CITY OF DOVER, | )<br>)<br>) | |
| Defendants. | ) | |

### NOTICE OF RULE 30(b)(6) DEPOSITION

TO:   Patricia C. Hannigan, Esq.
      Assistant United States Attorney
      1007 Orange Street
      Suite 700
      Wilmington, DE 19899

      Daniel A. Griffith, Esq.
      Marshall Dennehey Warner Coleman & Goggin
      1220 North Market Street
      Suite 500
      Wilmington, DE 19899

PLEASE TAKE NOTICE that the undersigned will take the following oral deposition in the offices of Benjamin A. Schwartz, Esquire, Schwartz & Schwartz, 1140 South State Street, Dover, DE 19901 at the time listed below. This deposition is to be recorded stenographically.

City of Dover Representative, on **Thursday, December 6, 2007 at 2:00 p.m.**

The matters on which the representative of City of Dover will be examined are (1) maintenance of the real property on which the United States Post Office in Dover is presently situated; (2) Removal of the tree directly in front of the said Post Office; (3) the relationship between City of Dover and United States Postal Service with respect to lease by City of Dover to the USPS of the premises identified in (1), above.

Dated: October 26, 2007

By: /s/ Benjamin A. Schwartz
BENJAMIN A. SCHWARTZ, ESQUIRE
Del. Bar Reg. #:4145
1140 South State Street
P. O. Box 541
Dover, DE  19903
Attorney for Petitioner

CC: Delmarva Reporting

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and <br> WILMER W. SCHOTT, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES POSTAL <br> SERVICE and CITY OF DOVER, <br><br> Defendants. | ) <br> ) <br> ) Civil Action No.: 06-499 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF MAILING

I, Benjamin A. Schwartz, Esquire, do hereby certify that true and correct copies of the attached Notice of Rule 30(b)(6) Deposition were served on this <u>26</u> day of October, 2007 by first-class mail, postage prepaid upon the following:

Patricia C. Hannigan, Esq.
Assistant United States Attorney
1007 Orange Street
Suite 700
Wilmington, DE 19899

Daniel A. Griffith, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 North Market Street
Suite 500
Wilmington, DE 19899

SCHWARTZ & SCHWARTZ

By: /s/ Benjamin A. Schwartz
BENJAMIN A. SCHWARTZ
Delaware Bar ID No. 4145
1140 South State Street
Dover, DE 19901
(302) 678-8700
mail@BenSchwartz.com
*Attorney for Plaintiffs*

CC: Delmarva Reporting