IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>           Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL<br>SERVICE and CITY OF DOVER,<br><br>           Defendants. | )<br>)<br>)   Civil Action No.: 06-499 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### OMNIBUS NOTICE OF DEPOSITIONS

TO:   Patricia C. Hannigan, Esq.
      Assistant United States Attorney
      1007 Orange Street
      Suite 700
      Wilmington, DE 19899

      Daniel A. Griffith, Esq.
      Marshall Dennehey Warner Coleman & Goggin
      1220 North Market Street
      Suite 500
      Wilmington, DE 19899

   PLEASE TAKE NOTICE that the undersigned will take the following oral depositions in the offices of Benjamin A. Schwartz, Esquire, Schwartz & Schwartz, 1140 South State Street, Dover, DE 19901 at the time listed below. These depositions are to be recorded stenographically.

   Lynda Shiflet, on **Thursday, December 6, 2007 at 3:00 p.m.**

   Rick Parrett, on **Thursday, December 6, 2007 at 4:00 p.m.**

Dated: October 26, 2007

                                               By: /s/ Benjamin A. Schwartz
                                               BENJAMIN A. SCHWARTZ, ESQUIRE
                                               Del. Bar Reg. #:4145
                                               1140 South State Street
                                               P. O. Box 541
                                               Dover, DE   19903
                                               Attorney for Petitioner

CC: Delmarva Reporting

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL<br>SERVICE and CITY OF DOVER,<br><br>      Defendants. | Civil Action No.: 06-499 (GMS) |

### CERTIFICATE OF MAILING

I, Benjamin A. Schwartz, Esquire, do hereby certify that true and correct copies of the attached Omnibus Notice of Depositions were served on this <u>26</u> day of October, 2007 by first-class mail, postage prepaid upon the following:

Patricia C. Hannigan, Esq.
Assistant United States Attorney
1007 Orange Street
Suite 700
Wilmington, DE 19899

Daniel A. Griffith, Esq.
Marshall Dennehey Warner Coleman & Goggin
1220 North Market Street
Suite 500
Wilmington, DE 19899

SCHWARTZ & SCHWARTZ

By: /s/ Benjamin A. Schwartz
BENJAMIN A. SCHWARTZ
Delaware Bar ID No. 4145
1140 South State Street
Dover, DE 19901
(302) 678-8700
mail@BenSchwartz.com
*Attorney for Plaintiffs*

CC: Delmarva Reporting