IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL<br>SERVICE and CITY OF DOVER,<br><br>        Defendants. | )<br>)<br>)   Civil Action No.: 06-499 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER EXTENDING DISCOVERY DEADLINES

AND NOW, this 6th day of Dec., 2007, it is the Order of the Court that:

(1) The discovery deadline in the Court's prior scheduling Order shall be extended to December 31, 2007;

(2) The City of Dover's Motion to Dismiss is deferred pending the completion of discovery. At the close of discovery, counsel for Plaintiffs shall notify the Court if City of Dover will be voluntarily dismissed.

(3) City of Dover shall file an Answer to the Complaint within ten days of the date of this Order.

It is SO ORDERED.

GREGORY M. SLEET,
CHIEF JUDGE

FILED
DEC - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE