IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>                    Plaintiffs,<br><br>            v.<br><br>UNITED STATES OF AMERICA<br>and CITY OF DOVER,<br><br>                    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 06-499-GMS |

## NOTICE OF DEPOSITION

TO:   **Benjamin A. Schwartz, Esquire**
      Schwartz & Schwartz
      1140 South State Street
      Dover, DE 19901

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30, the undersigned will take the oral deposition of **Carrie J. Schott, on Wednesday, December 19, 2007** at **2:00 p.m.**, at the office of Benjamin A. Schwartz, 1140 South State Street, Dover, Delaware 19901. The deposition will be recorded by stenographic means.

                              COLM F. CONNOLLY
                              United States Attorney

                              By: /s/Patricia C. Hannigan
                                  Patricia C. Hannigan
                                  Assistant United States Attorney
                                  Delaware Bar I.D. No. 2145
                                  The Nemours Building
                                  1007 Orange Street, Suite 700
                                  P. O. Box 2046
                                  Wilmington, DE 19899-2046
                                  (302) 573-6277
                                  Patricia.Hannigan@usdoj.gov

Dated: December 18, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA<br>and CITY OF DOVER,<br><br>            Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 06-499-GMS<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE

   I Patricia C. Hannigan, hereby certify that on **December 18, 2007**, copies of **NOTICE OF DEPOSITION** of Carrie Schott was served, via CM/ECF and viaFirst Class U.S. Mail, postage prepaid, upon counsel at the following addresses:

| | |
|---|---|
| **Benjamin A. Schwartz, Esquire**<br>Schwartz & Schwartz<br>1140 South State Street<br>Dover, DE 19901<br>(302) 678-8700<br>mail@BenSchwartz.com | **Daniel A. Griffith**<br>Marshall, Dennehey, Warner, Coleman<br> & Goggin<br>1220 N. Market St., Suite 500<br>P.O. Box 8888<br>Wilmington, DE 19899<br>(302) 552-4317<br>dgriffith@mdwcg.com |

                    COLM F. CONNOLLY
                    United States Attorney

                By: /s/Patricia C. Hannigan
                    Patricia C. Hannigan
                    Assistant United States Attorney
                    Delaware Bar I.D. No. 2145
                    The Nemours Building
                    1007 Orange Street, Suite 700
                    P. O. Box 2046
                    Wilmington, DE 19899-2046
                    (302) 573-6277
                    Patricia.Hannigan@usdoj.gov