IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and <br> WILMER W. SCHOTT, <br>                            Plaintiffs, <br>      v. <br> UNITED STATES POSTAL <br> SERVICE and CITY OF DOVER, <br>                            Defendants. | Civil Action No.: 06-499 (GMS) |

**ENTRY OF APPEARANCE**

TO:  Clerk of Court
       J. Caleb Boggs Federal Building
       844 N. King Street
       Wilmington, DE  19801

     PLEASE TAKE NOTICE:   John A. Macconi, Jr., Esquire, in addition to the appearance of record already entered by Daniel A. Griffith, Esquire, of the law firm of Marshall Dennehey Warner Coleman & Goggin, hereby enters his appearance as co-counsel of record for *Defendant, City of Dover*, in the above-captioned matter.

                                                            **MARSHALL, DENNEHEY, WARNER,**
                                                                   **COLEMAN & GOGGIN**

                                                    /s/ *John A. Macconi, Jr.* DE ID No. 4430
                                                    JOHN A. MACCONI, JR., ESQ.
                                                    Delaware Bar I.D. No. 4430
                                                    1220 N. Market Street
                                                    P.O. Box 8888
                                                    Wilmington, DE 19899-8888
                                                    (302) 552-4300
                                                    *Attorney for Defendant, City of Dover*

Date:  December 20, 2007

15/566191.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES POSTAL<br>SERVICE and CITY OF DOVER,<br><br>    Defendants. | Civil Action No.: 06-499 (GMS) |

## CERTIFICATE OF SERVICE

I, John A. Macconi, Jr., hereby certify that on December 20, 2007, a true and correct copy of my *Entry of Appearance on behalf of Defendant, City of Dover*, were forwarded to the below named addressee(S) via electronic filing:

| | |
|---|---|
| Benjamin A. Schwartz, Esquire<br>Schwartz & Schwartz<br>1140 South State Street<br>Dover, DE 19901<br>Attorney for Plaintiffs | Patricia C. Hannigan, Esquire<br>U.S. Attorney's Office<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>Attorney for United States Postal Service |

            **MARSHALL, DENNEHEY, WARNER,**
              **COLEMAN & GOGGIN**

            /s/ *John A. Macconi, Jr.  DE ID No. 4430*
            JOHN A. MACCONI, JR., ESQ.
            Delaware Bar I.D. No. 4430
            1220 N. Market Street
            P.O. Box 8888
            Wilmington, DE 19899-8888
            (302) 552-4300
            *Attorney for Defendant, City of Dover*

Date:  December 20, 2007

15/566195.v1