A REGIONAL DEFENSE LITIGATION LAW FIRM

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

PENNSYLVANIA
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

NEW JERSEY
Cherry Hill
Roseland

DELAWARE
Wilmington

FLORIDA
Fort Lauderdale
Jacksonville
Orlando
Tampa

OHIO
Akron

**1220 North Market Street, 5th Floor, P.O. Box 8888, Wilmington, DE 19899-8888**
*(302)552-4300 · Fax (302)651-7905*

**Direct Dial: 302-552-4377**
**Email: JAMacconi@mdwcg.com**



December 21, 2007

The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801

    Re:    Schott v. City of Dover
            C.A. No. 06-499 (GMS)

Dear Magistrate Judge Thynge:

    I am counsel for Defendant City of Dover in the above-captioned matter. I write in advance of the mediation, scheduled for January 4, 2008 at 11:00 a.m., and pursuant to Your Honor's Order Governing Mediation Conferences and Mediation Statements executed December 18, 2007. Specifically, pursuant to paragraph two, Defendant hereby requests a modification of the requirement that the identified participants attend the mediation in-person. The decisionmaker of Defendant, with full authority to act on Defendant's behalf including the authority to negotiate a resolution of the matter and to respond to developments during the mediation process, will be out-of-town for the holidays. The individual will, however, be completely accessible by telephone throughout the day and I represent to Your Honor that I do not believe that this will in any way slow or hinder the mediation. Defendant therefore requests that its decisionmaker be allowed to participate by telephone.

U.S. Magistrate Judge Mary Pat Thynge
December 21, 2007
Page 2

    I am available should Your Honor have questions or concerns. Otherwise, we look forward to the mediation on January 4, 2008 and thank Your Honor for assisting the parties in their efforts to find a common ground in this case.

                           Respectfully submitted,

                           /s/ *John A. Macconi, Jr.   DE ID No. 4430*

                           John A. Macconi, Jr.

cc:  Benjamin A. Schwartz, Esq.
      Patricia C. Hannigan, Esq.