IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>         Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE<br>and CITY OF DOVER,<br><br>         Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action No. 06-499-GMS<br>:<br>:<br>:<br>:<br>:<br>: |

**PARTIES' JOINT MOTION FOR A ONE-WEEK
EXTENSION IN THE DATE FOR FILING PROPOSED PRETRIAL ORDER**

Come now all parties, by and through the undersigned, and move the Court for a one-week extension in the date for filing the proposed pretrial order and in support thereof aver as follows:

1. Upon the conclusion of discovery in the captioned action, the opportunity for a settlement conference with the Honorable Mary Pat Thynge has unexpectedly arisen. A mediation conference has been scheduled for Friday, January 4, 2008.

2. Pursuant to this Court's Scheduling Order, counsel are to have filed a joint Proposed Pretrial Order by today, January 2, 2008.

3. There was a substantial delay in the receipt by defense counsel of Plaintiffs' draft of the pretrial order, which has been compounded by delays introduced by holiday season schedules. In addition, counsel for all parties are hopeful that the mediation scheduled for this Friday will be helpful in moving this matter toward resolution,

which would obviate the need for the Court to consider any proposed pretrial order in this matter.

4. If this motion is granted, counsel would be required to file a joint proposed pretrial order on or before Wednesday, January 9, 2008. Because the pretrial conference in this matter is scheduled for January 23, 2008, that would still give the Court two weeks to consider the parties' proposed order, and no other filing deadlines would be affected.

WHEREFORE, all parties move the Court to extend the date by which the parties' joint Proposed Final Pretrial Order is due by one week, to January 9, 2008.

COLM F. CONNOLLY
United States Attorney

/s/ Patricia C. Hannigan
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building, Suite 700
1007 Orange Street, P.O. Box 2046
Wilmington, DE 19801
(302) 573-6277
Patricia.Hannigan@usdoj.gov

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

/s/ John A. Macconi, Jr.
John A. Macconi, Jr.. Esquire
Delaware Bar I.D. No. 4430
1220 North Market Street
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4300
Jamacconi@mdwcg.com
Attorney for Defendant City of Dover

SCHWARTZ & SCHWARTZ
Attorneys at Law, P.A.

/s/ Benjamin A. Schwartz
Benjamin A. Schwartz, Esquire
Delaware Bar I.D. No. 4145
1140 South State Street
P.O. Box 541
Dover, DE 19901
(302) 678-8700
mail@benschwartz.com
Attorney for Plaintiffs

AND NOW, this ____ day of _____, 2008, having heard and considered the Defendants' Unopposed Motion for A One-Week Extension in the date for Filing Proposed Pretrial Order, it is hereby SO ORDERED.

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court