# Schwartz & Schwartz
**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| **Steven Schwartz** | **Dover Office** | **Wilmington Office** |
| **Benjamin A. Schwartz** | **1140 South State Street** | **1225 King Street, 2nd Floor** |
| | **Post Office Box 541** | **Wilmington, Delaware 19801** |
| | **Dover, Delaware 19903** | **(302) 654-4930** |
| | **(302) 678-8700** | |
| | **www.BenSchwartz.com** | **Please reply to:** |
| | | **Dover Office** |

January 8, 2008

Hon. Gregory M. Sleet
United States District Court
Wilmington, Delaware

RE:   Schott v. United States Postal Service and City of Dover
      C.A. No. 06-449 (GMS)

Dear Judge Sleet:

   I am pleased to report that the parties have agreed to settle the above-referenced civil action. Once releases and settlement drafts have been exchanged, we will be filing a stipulation of dismissal as to all claims.

   Thank you for your attention in this regard.

                                              Respectfully submitted,

                                              */s/ Benjamin A. Schwartz*

cc:   Patricia Hannigan, Esq.
      John Macconi, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CARRIE J. SCHOTT and<br>WILMER W. SCHOTT,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES POSTAL<br>SERVICE and CITY OF DOVER,<br><br>　　　　　Defendants. | )<br>)<br>)　Civil Action No. 06-499 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF MAILING

Copies of the foregoing letter report to the Court dated January 8, 2008 were served on the following by CM-ECF this 8th day of January, 2008:

Patricia Hannigan, Esq.
Assistant United States Attorney
United States Department of Justice
P.O. Box 2046
Wilmington, Delaware 19899

John Macconi, Esq., Daniel Griffith, Esq.
Marshall, Dennehy, Warner, Coleman & Goggin
1220 North Market Street, Suite 500
Wilmington, Delaware 19899

SCHWARTZ & SCHWARTZ

*/s/ Benjamin A. Schwartz*
BENJAMIN A. SCHWARTZ, #4145
1140 South State Street
P.O. Box 541
Dover, DE 19903
mail@BenSchwartz.com
(302) 678-8700
*Counsel for Plaintiffs*