# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

April 23, 2008

TO:     Counsel

RE:     Schott v. United States Postal Service, et al.
        Civil Action No. 06-499 GMS

Dear Counsel:

    Pursuant to counsel's letter of January 8, 2008 (D.I. 35), please submit either a status report, or a stipulation of dismissal, via electronic case filing, no later than May 7, 2008.

    Thank you.

Very truly yours,

/s/

Gregory M. Sleet
Chief, United States District Judge