# Schwartz & Schwartz
**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| **Steven Schwartz** | **Dover Office** | **Wilmington Office** |
| **Benjamin A. Schwartz** | **1140 South State Street** | **1225 King Street, 2nd Floor** |
| | **Post Office Box 541** | **Wilmington, Delaware 19801** |
| | **Dover, Delaware 19903** | **(302) 654-4930** |
| | **(302) 678-8700** | |
| | **www.BenSchwartz.com** | **Please reply to:** |
| | | **Dover Office** |

April 24, 2008

Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

RE:   Schott v. U.S. Postal Service & City of Dover
      CA No. 06-499-GMS (D.Del.)

Dear Judge Sleet:

This letter is provided as a status report in response to Your Honor's letter of April 23, 2008. The parties agreed to a settlement of the above-captioned action at mediation. Releases have been given to both defendants. A settlement draft has been received from City of Dover, but a settlement draft has not been received from the USPS. After we have consummated the settlements, we will file a Stipulation of Dismissal with the Court.

Thank you for your attention in this regard.

Respectfully submitted,

/s/ *Benjamin A. Schwartz*

cc:   Patricia Hannigan, Esq via 302-573-6220
      John Macconi, Esq. 302-651-7905
      Carrie & Wilmer Schott